154 A.3d 676

. STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLY EMMANUEL (A/K/A WILFREDO MANUEL, WILL EMMANUEL, WILLIAM BROWN, WILLIAM BROWN, JR. WILLIAM DIAZ, WILLIAM DIAZ, JR., WILLIAMS BROWN, WILLIE EMMANUEL, WILLY EMANUEL, WILLY EMMANUEL, JR., WILLY J. EMMANUEL AND WILLY JAQUIM EMMANUEL), DEFENDANT-PETITIONER.

October 14, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004452-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.